

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00755-CV

**IN THE INTEREST OF I.F.E.-G., MINOR CHILD**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 21-06-0508-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

The trial court signed a final appealable order on October 3, 2022. Because this is an accelerated appeal, the notice of appeal was due by October 24, 2020. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by November 7, 2022. *See* TEX. R. APP. P. 26.3. Appellant filed a notice of appeal and a motion for extension of time to file the notice of appeal on October 26, 2022— within the time allowed for filing the motion for an extension of time to file the notice of appeal. After consideration, appellant's motion for extension of time to file the notice of appeal is **granted**.

It is so **ORDERED** on November 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT